CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00101

Sloan v. Davol, Inc. et al
Assigned to: Judge Vanessa D Gilmore
Cause: 28:1332 Diversity−Product Liability

Date Filed: 01/08/2008
Date Terminated: 02/05/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Janice J. Sloan**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2008 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3361704) filed by Janice J. Sloan. (Attachments: # 1 Civil Cover Sheet Janice J. Sloan)(Alexander, David) (Entered: 01/08/2008) |
| 01/08/2008 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 5/2/2008 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.( Signed by Judge Vanessa D Gilmore ) (Attachments: # 1 Procedures) Parties notified.(smurdock, ) (Entered: 01/08/2008) |
| 01/23/2008 | | First CERTIFICATE OF INTERESTED PARTIES by Janice J. Sloan, filed.(Alexander, David) (Entered: 01/23/2008) |
| 02/05/2008 | | ORDER to Administratively Close Case.( Signed by Judge Vanessa D Gilmore ) Parties notified.(sbyrum, ) (Entered: 02/06/2008) |
| 02/27/2008 | | JPML CONDITIONAL TRANSFER ORDER (14) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842. Parties notified.(rvazquez, ) (Entered: 02/27/2008) |

| | | |
|---|---|---|
| 02/27/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (rvazquez, ) (Entered: 02/27/2008) |